```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
                                         :     08 Civ. 3330 (JSR)
In re FAIVELEY TRANSPORT MALMO AB        :
                                         :          ORDER
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

In its Order dated April 24, 2009, the Court advised the parties to this case that no further telephone conferences would be allowed in this case except for those initiated by the Court's law clerk for the purpose of scheduling in-court conferences. The Court hereby amends this Order to allow, in addition, telephone conferences initiated by the Court's law clerk to address other administrative issues. All other telephone conferences except those initiated by the Court remain prohibited.

In addition, the Court has received defendant's motion, dated June 18, 2009, seeking reconsideration of the Court's June 4, 2009 Order reopening discovery. The Court notes that the Court's June 4, 2009 Order denied what was in effect defendant's motion for reconsideration of its April 10, 2009 Order reopening discovery. See Order dated June 4, 2009. Nor does defendant's latest motion add any new argument that was not substantially before the Court previously or otherwise qualifies as a proper motion for reconsideration. Nonetheless, in an excess of caution, the Court has considered defendant's latest motion and, having done so, hereby denies it.

SO ORDERED.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-25-09

JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        June 23, 2009